IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES PAUL KADOUSEK,

        Plaintiff,

v.

MICHELLE KING,
Acting Commissioner of Social Security,

        Defendant.

ORDER

24-cv-437-wmc

---

On December 12, 2024, the court issued an order remanding this case to the commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g). Now before the court is the parties' stipulation for an award of attorney's fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412 in the amount of $9,490.18. (Dkt. #17.)

ORDER

IT IS ORDERED that the parties' stipulation for an award of attorney fees under the Equal Access to Justice Act is GRANTED. Plaintiff is awarded fees and expenses in the amount of $9,490.18 in full satisfaction of any and all claims that may be payable to plaintiff in this matter under the Act. These fees are awarded to plaintiff and not plaintiff's attorney and can be offset to satisfy pre-existing debts that the litigant owes the United States under *Astrue v. Ratliff*, 560 U.S. 586 (2010). If defendant verifies plaintiff owes no pre-existing debt subject to offset, defendant shall direct that the award be made payable to Cody Marvin pursuant to the EAJA assignment duly signed by plaintiff and counsel. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record: Marvin & Associates, 630 Davis Street, Suite 300, Evanston, IL 60201.

    Entered this 12th day of February, 2025.

                      BY THE COURT:
                      /s/
                      WILLIAM M. CONLEY
                      District Judge